# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**EARNEST L. HALFORD**,

    Plaintiff,

  v.                                                   Case No. 21-CV-279

**ABBY FREDERICK,** *et al.***,**

    Defendants.

## ORDER

On November 3, 2021, plaintiff Earnest L. Halford, a prisoner confined at the Wisconsin Resource Center (WRC) who is representing himself, filed a motion to compel the production of three items: surveillance video, his medical file, and "both versions of C.R. #143825." (ECF No. 50.) Defendant Abby Frederick responded and noted that Halford never served discovery requests upon her. (ECF No. 51.) Despite the lack of discovery requests, Frederick provided WRC with the video and explained to Halford how he may view it. Frederick also instructed Halford how he could obtain his medical records.

Frederick did not provide both versions of C.R. #143825 because she asserts it is irrelevant to Halford's case. Halford states he needs the conduct report because it proves that Frederick watched him sit on the toilet. But the court did not allow Halford to proceed on a claim regarding Frederick watching him sitting on the toilet

when it denied his motion to amend the complaint to add that claim. (ECF No. 48.) C.R. #143825 is irrelevant to the claims on which Halford was allowed to proceed.

Because Frederick provided Halford access to the relevant items he requested, and because the conduct report is not relevant to the case, the court **DENIES** Halford's motion to compel (ECF No. 50).

Dated in Milwaukee, Wisconsin this 27th day of October, 2022.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge

2

Case 2:21-cv-00279-WED   Filed 10/27/22   Page 2 of 2   Document 54