UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**EARNEST L. HALFORD**,

    Plaintiff,

v.                              Case No. 21-CV-279

**ABBY FREDERICK,** *et al.***,**

    Defendants.

**ORDER**

Between March 30, 2023, and April 12, 2023, plaintiff Earnest Halford filed four separate motions. (ECF Nos. 80-82, 84.) Two of the motions purport to be motions to appoint counsel (ECF Nos. 81, 84), and two of the motions are labeled "motions for discovery" (ECF Nos. 80, 82).

Regarding the motions to appoint counsel, in the first motion Halford asks the court to appoint a "pro-gay attorney who may be a minion of United States Sen. Tammy Baldwin." (ECF No. 81 at 1.) In his second motion Halford seems to suggest that he needs a lawyer because the defendants are using fake video. (ECF No. 84 at 1.) On January 9, 2023, the court entered an order on a pervious motion to appoint counsel informing Halford that he must make a reasonable attempt to hire counsel on his own before he asks the court to appoint counsel. (ECF no. 68 at 2.) While Halford's first motion appears to include a list of attorneys' contact information, it is unclear from Halford's motion that he actually contacted them. Thus, Halford has not

satisfied the requirement that he demonstrate that he reasonably attempted to hire counsel on his own. *See Eagan v. Dempsey,* 987 F.3d 667, 682 (7th Cir. 2021). However, even if he had, Halford does not explain why he is unable to litigate the case on his own. *See Id.* The court has already addressed Halford's theory that the video is fake and has found it to be unreasonable. (ECF No. 68 at 2.) The court will not allocate resources to aid Halford in pursuing this theory.

Similarly, regarding his motions for discovery, Halford is again asking the court for help in proving the video evidence to be fake. As the court has stated before, the court has reviewed the video evidence and the argument that the video is fake is without foundation. (ECF No. 68 at 2.) The court will deny his motions.

**IT IS THEREFORE ORDERED** that Halford's motions to appoint counsel (ECF Nos. 81, 84) are **DENIED**.

**IT IS FURTHER ORDERED** that Halford's motions for discovery (ECF Nos. 80, 82) are **DENIED**.

Dated in Milwaukee, Wisconsin this 25th day of April, 2023.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge